1  Alison L. Tsao, State Bar No. 198250
   atsao@cdflaborlaw.com
2  Connor J. Moyle, State Bar No. 250384
   cmoyle@cdflaborlaw.com
3  M. Leah Cameron, State Bar No. 274637
   lcameron@cdflaborlaw.com
4  CAROTHERS DISANTE & FREUDENBERGER LLP
   601 Montgomery Street
5  Suite 350
   San Francisco, California 94111
6  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
7
   Attorneys for Defendants
8  SKY CHEFS, INC. and ERNIE FRENCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| JOSETTE MARTINEZ, | ) Case No. 5:13-cv-01754-RMW |
|---|---|
| Plaintiff, | ) Judge: Hon. Ronald M. Whyte |
| vs. | ) Ctrm: 6 |
| SKY CHEFS, INCORPORATED, ERNIE FRENCH and DOES 1-50, inclusive, | ) **STIPULATION AND [PROPOSED] ORDER RE MEDIATION COMPLETION DEADLINE** |
| Defendants. | ) N.D. Cal. Civ. Local Rule 6-2 |
|  | ) Action Filed: April 18, 2013 |
|  | ) Trial Date: None Set |

Plaintiff Josette Martinez ("Plaintiff") and Defendant Sky Chefs, Inc. ("Defendant"), by and through their respective counsel of record in this action pursuant to Northern District Civil Local Rules 6-1(b) and 6-2, hereby present the following Stipulation and [Proposed] Order modifying the mediation completion deadline:

WHEREAS, pursuant to the Court's August 12, 2013 Case Management Order (Doc. 17), this matter was referred to mediation at the parties' request and the Court set a mediation completion deadline of January 9, 2014;

WHEREAS, the parties have been working to complete the discovery both sides believe is necessary to make the mediation likely to resolve the case;

WHEREAS, the parties believe that the completion of Plaintiff's deposition is necessary to facilitate the completion of a fruitful mediation in this matter;

WHEREAS, Plaintiff's deposition was previously scheduled but had to be delayed due to the parties' efforts to informally resolve certain discovery disputes regarding documents to be produced prior to Plaintiff's deposition;

WHEREAS, the parties have resolved their discovery disputes and are working to reschedule Plaintiff's deposition, but will be unable to complete Plaintiff's deposition in time to schedule the mediation for a date after Plaintiff's deposition but prior to the current mediation completion deadline;

WHEREAS, the parties are confident that a mediation following Plaintiff's deposition can be scheduled and completed during the month of January 2014;

WHEREAS, the parties have contacted the assigned mediator regarding these scheduling issues and Mr. Hodgkins has confirmed that he agrees with the parties' proposal set forth in this Stipulation;

WHEREAS, pursuant to Northern District Civil Local Rule 6-2(a), the Declaration of Connor J. Moyle in support of the parties' Stipulation and Proposed Order is filed concurrently herewith;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD, AND THE PARTIES JOINTLY REQUEST

1  THAT THE COURT ORDER, THAT:

2  The mediation completion deadline currently set for January 9, 2014 is extended to
3  February 1, 2014.

4  IT IS SO STIPULATED.

5  Dated: December 26, 2013          CAROTHERS DiSANTE & FREUDENBERGER LLP

7  By: _____/S/ Connor J. Moyle_____
                Connor J. Moyle
8  Attorneys for Defendant
   SKY CHEFS, INC.

10 Dated: December 26, 2013          FRANKLIN EMPLOYMENT LAW GROUP, LLC

12 By: _____
                Eugene T. Franklin
13 Attorneys for Plaintiff
   JOSETTE MARTINEZ

766791.1

2

Case No. 5:13-cv-01754-RMW
STIP. & [PROPOSED] ORDER RE
MEDIATION COMPLETION DEADLINE

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The mediation completion deadline currently set for January 9, 2014 is extended to February 1, 2014.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the United States District Court,
Northern District of California