1  Eugene T. Franklin [SBN 128441]
2  Barbara F. Green [SBN 150320]
3  Franklin Employment Law Group, LLC
   22762 Main Street
4  Hayward, California 94541
   (510) 538-0969
5

6  Attorneys for Plaintiff
7  Josette Martinez

8
                UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION
10

| Josette Martinez, | Case No.: C13-1754 |
|---|---|
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON |
| Vs. | |
| Sky Chefs, Incorporated, Ernie French and Does 1-50, Inclusive, | Complaint Filed: April 18, 2013<br>Trial Date: October 20, 2014 |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Settlement Agreement and General Release between Defendants Sky Chefs, Incorporated and Ernie French and Plaintiff Josette Martinez, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-entitled action. See Fed.R.Civ.P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissal after responsive pleadings have been filed.

Each side to bear its own costs and attorneys' fees, except as otherwise provided in the parties' Settlement Agreement.

STIPULATED REQEUST FOR DISMISSSALL WITH PREJUDICE AND ORDER THEREON
[CASE NO.: C13-1754]

Dated: February 13, 2014   FRANKLIN EMPLOYMENT LAW GROUP, LLC

By: _____
EUGENE T. FRANKLIN
Attorney for Plaintiff
Josette Martinez

Dated: 2/26, 2014   CAROTHERS DISANTE & FREUDENBEREGER, LLP

By: _____
CONNOR J. MOYLE
Attorney for Defendants
Sky Chefs & Ernie French

### ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. N.D. Cal. Case No.: 5:13-cv-01754RMW are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
RONALD M. WHYTE
United States District Court Judge

---

STIPULATED REQEUST FOR DISMISSSALL WITH PREJUDICE AND ORDER THEREON
[CASE NO.: C13-1754]